# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-04-00754-CV

**San Marcos Exchange, L.P., A Texas Limited Partnership, Appellant**

**v.**

**Jo Anna Deberardino and Mark Maslanka, Appellee**

---

### FROM THE COUNTY COURT AT LAW NO. 1 OF HAYS COUNTY
### NO. 8292-C, HONORABLE LINDA ANN RODRIGUEZ, JUDGE PRESIDING

---

### M E M O R A N D U M   O P I N I O N

Appellant San Marcos Exchange, L.P., has advised this Court that this matter has been resolved and it no longer wishes to prosecute the appeal.  The appeal is dismissed.  *See* Tex. R. App. P. 42.1(a)(1).

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed on Appellant's Motion

Filed:   March 24, 2005